LENA HANIGAN, Respondent, v. ABRAM L. WRIGHT, as Executor of ALMA BABCOCK, Deceased, Appellant.

(Argued October 16, 1931; decided November 17, 1931.)

*William H. Lynes* and *Alberti Baker* for appellant.

*Harry M. Schaffer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., POUND and KELLOGG, JJ.